## McCain *v.* College Park.

Lumpkin, P. J.    This being the first grant of a new trial, and the verdict not having been demanded by the evidence, this court, without undertaking to make any adjudication with respect to the special reason assigned by the trial judge as the basis of his action, will affirm the judgment.    See *Harvey* v. *Bowles,* 112 *Ga.* 363, and cases cited.

*Judgment affirmed.    All the Justices concurring.*

Argued January 9, — Decided January 28, 1901.

Action for damages.    Before Judge Reid.    City court of Atlanta. July 3, 1900.

*Goodwin & Hallman* and *George Westmoreland,* for plaintiff.
*Culberson & Willingham* and *Dorsey, Brewster & Howell,* for defendant.